In the Matter of the Accounting of CORNELIUS A. WALDRON as Assignee, etc.

2.1 *WK* ᶄᵍ 417

(Argued March 17, 1885 ; decided March 27, 1885.)

THIS was an appeal from an order of General Term, affirming an order of a county judge, which, upon the settlement of the accounts of an assignee for the benefit of creditors, allowed as an individual debt certain notes executed by the assignor jointly and severally with two other makers to a bank; said makers were formerly copartners ; and it was claimed by the individual creditors of the assignor that it was a firm debt and so not entitled to a share until after payment of the individual debts.

The court here say :

" It is conceded that the mere form of the note is not conclusive as to its character, but it is sufficient, at least in the first instance, to create a separate liability, and its production by the claimant put the burden upon the objecting party to show that it was, in fact, executed in the business of the firm and for its benefit, and accepted by the bank as a copartnership obligation."

After discussing the evidence, the court hold that it justifies the conclusion of the county judge.

*Nathaniel C. Moak* for appellant.

*Henry A. Merritt* for respondent.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.